ACCEPTED
03-15-00525-CR
7167705
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/30/2015 1:57:58 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-0000525-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | |
| | § | | |
| **VS.** | § | **THIRD COURT** | |
| | § | | |
| **JEREMY TEAK PALMER** | § | **OF APPEALS** | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/30/2015 1:57:58 PM
JEFFREY D. KYLE
Clerk

## MOTION TO RECONSIDER

Now Comes Jeremy Teak Palmer, Appellate in the above entitled and numbered cause and files this Motion to Reconsider the Court's dismissal of his appeal and would show as follows:

1. On June 16, 2015 Appellate was sentenced to 16 years in TDC. At the time of Appellant's sentencing John A. Olson was his court appointed attorney. Appellate desired to Appeal the court's sentence and advised John A. Olson. The Notice of Appeal was due on July 16, 2015.

2. John A. Olson failed to file a timely Notice of Appeal and subsequently filed one on August 12, 2015.

3. On August 12, 2015 John A. Olson filed a Motion to Withdraw and the court granted same on August 20, 2015.

4. On August 21, 2015 the Court appointed the undersigned counsel to represent Appellate.

5. Counsel for Appellate has reviewed the pleadings and Motions filed in

this cause, conferred with Appellant's previous counsel John A. Olson and believes that Appellate was provided inadequate assistance of counsel by John A. Olson.

6. Appellate move the court that their Order of Dismissal be vacated and that this matter be returned to the trial court for a determination as to whether or not Appellate received inadequate assistance of counsel in the perfection of his appeal. Jack v. State 194 S.W.3 119.

Wherefore, Appellate prays for the relief requested in this Motion.

Respectfully submitted,

Law Offices of Gary F. Churak P.C.
14310 Northbrook Ste. 210
San Antonio, Texas 78232
Tel: (210) 491-4443
Fax: (210) 491-4446


By: /S/Gary F. Churak
    Gary F. Churak
    State Bar No. 04245500
    churaklaw@msn.com
    Attorney for Jeremy Teak Palmer

<u>CERTIFICATE OF COMPLAINCE</u>

This document complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a conventional typeface no smaller than 14-point for text and 12-point for footnotes. This document also complies with the word-count limitations of Tex. R. App. P. 9.4(i), if applicable, because it contains 398 words, excluding any parts exempted by Tex. R. App. P. 9.4(i)(1).

/S/_Gary F. Churak_____

## **<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on September 30, 2015, a true and correct copy of the above and foregoing document was served on the Mr. Daniel Palmitier, District Attorney's Office, Comal County.

/S/Gary F. Churak
Gary F. Churak